IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC Bank, National Association, successor in interest by merger to National City Bank, successor in interest by merger to Mid America Bank, fsb, | |
| Plaintiff, | Case No. 1:12 cv 09383 |
| v. | Assigned Judge: John W. Darrah |
| John J. Janiga; Kimberly J. Janiga, | Magistrate Judge: Arlander Keys |
| Defendants. | 1911 S. Euclid, Berwyn, IL 60402 |

## MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

NOW COMES the Plaintiff, PNC Bank, National Association, successor in interest by merger to National City Bank, successor in interest by merger to MidAmerica Bank, FSB, by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Defendant(s):

John J. Janiga and Kimberly J. Janiga and as grounds thereof state:

As appears from the Affidavit of Plaintiff placed on file in support of this Motion, and from the pleadings and admissions on file, there is no genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

                                                PNC Bank, National Association, successor to
                                                National City Bank, successor in interest to
                                                MidAmerica Bank, fsb

                                                By: __/s/ Christopher S. Fowler_____
                                                          One of Its Attorneys

Patrick D. Lamb (ARDC #3128062)
Christopher S. Fowler (ARDC#6282889)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
plamb@crowleylamb.com
cfowler@crowleylamb.com